IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| V. | ) | Magistrate No. 20-2400 |
| | ) | [UNDER SEAL] |
| DE'ANGELO KING | ) | |

<u>APPLICATION AND AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Sean P. Kiley, being duly sworn, depose and say:

1. I have been employed by the United States Marshals Service (USMS) for the last eighteen years as a Deputy U.S. Marshal (DUSM). I have worked in the Philadelphia, Birmingham and Pittsburgh USMS Field Offices. I am currently assigned to the USMS Western Pennsylvania Fugitive Task Force (WPAFTF) in the Western District of Pennsylvania (WDPA). My duties include the investigation and apprehension of federal fugitives and sexual predators, as well as assisting state and local law enforcement agencies in the location of suspects involved in violent crimes and who are actively seeking to avoid apprehension and prosecution.

2. DE'ANGELO KING is currently serving a 72 month sentence for a conviction based on violations of Title 21 U.S. Code, Section 841 (Possession with Intent to Distribute Heroin) and Title 18 U.S. Code, Section 924 (Possession of a Firearm in Furtherance of Drug Trafficking) in case # 2:15-CR-210 which occurred in the Western District of Pennsylvania on March 28, 2017 (sentence date).

3. On August 25, 2020, KING was transferred from FCI Hazelton (Bureau of Prisons (BOP) Institution) to Renewal Inc (federally contracted halfway house) located at 339 Blvd of the Allies, Pittsburgh, PA 15222 and was still serving his remainder of the BOP 72 month sentence.

4. On November 16, 2020, USMS and WPAFTF were notified by the BOP, through a BOP Notice of Escaped Prisoner, that stated KING signed out on the same date at 0553 hours to attend employment at Steel City Landscaping in

Rochester, PA with a return time of 1800 hours.  KING never returned to Renewal Inc.  Calls to police, hospitals, family members and emergency contacts of KING by Renewal staff in efforts to locate KING were to of no avail and his current whereabouts are unknown.  On November 16, 2020, KING was still serving his 72 month incarceration sentence for his conviction in case # 2:15-CR-210 at Renewal Inc.

5. On November 17, 2020, Renewal and Bureau of Prisons (BOP) staff requested the assistance of the United States Marshals Service with apprehending DE'ANGELO KING and DUSM KILEY was assigned the fugitive investigation.

7. Based on the above, the affiant believes there is probable cause to show that DE'ANGELO KING did unlawfully and knowingly, in violation of Title 18, United States Code, Section 751(a), escape from Renewal Inc., an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Western District of Pennsylvania upon conviction violating Title 21 U.S. Code, Section 841 (Possession with Intent to Distribute Heroin) and Title 18 U.S. Code, Section 924 (Possession of a Firearm in Furtherance of Drug Trafficking) in case # 2:15-CR-210.

8. This affidavit has been prepared for the specific purpose of supporting a criminal complaint charging Defendant with escape from federal custody, in violation of Title 18, United States Code, Section 751(a).  I have not, therefore, included every fact known to me concerning this investigation. Rather, I have set forth only the facts that I believe are necessary to establish probable cause for Defendant's arrest.

/s/ Sean P. Kiley
Sean P. Kiley, Deputy U.S. Marshal
United States Marshal Service


Sworn and subscribed before me telephonically this 30th day of November, 2020.

_____
THE HONORABLE PATRICIA L. DODGE
United States Magistrate Judge